UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MASTER ROOF, INC. a Georgia corporation,<br>            Plaintiff,<br><br>vs.<br><br>WESTERN WORLD INSURANCE COMPANY,<br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-05978-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant Western World Insurance Company's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff takes nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 31st day of March, 2025.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT


                                By:  s/A. White
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 31, 2025
Kevin P. Weimer
Clerk of Court

By: s/A. White
        Deputy Clerk